772 A.2d 414

James T. DRUM and Linda I. Drum, His Wife, Respondents,

v.

SHAULL EQUIPMENT AND SUPPLY COMPANY,
Larry Brown and Marlin Pentz, Petitioners.

Supreme Court of Pennsylvania.

May 11, 2001.

## *ORDER*

PER CURIAM

**AND NOW,** this 11th day of May, 2001, the petition for allowance of appeal is *GRANTED, LIMITED* to the issue of whether the Superior Court's analysis was in accord with the standard enunciated in *Harman v. Borah,* 562 Pa. 455, 756 A.2d 1116 (2000). Furthermore, the order of the Superior Court is *VACATED* and the matter *REMANDED* for reconsideration in light of the *Harman* decision.

Justice THOMAS G. SAYLOR dissents.